**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 242 EAL 2016 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DONTAE R. DOWNES, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Motion for Stay of Petition for Allowance of Appeal and For Remand to the Trial court for a Hearing on After-Discovered Evidence is **DENIED**.